**2017–1167. State v. Roberts.**
Hamilton App. Nos. C–140331 and C–160556, 2016-Ohio-903. On motion for leave to file delayed

appeal. Motion denied.

O'NEILL, J., dissents.

FISCHER and DEWINE, JJ., not participating.